O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08753-AHM(JCx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | SANDRA ASHFORD v. BARKER MANAGEMENT, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mary Etta Marks<br>Freddie Fletcher | Jeanine Scalero<br>Michael E. Jenkins<br>Robert P. Damone |

**Proceedings:**    **(1)** DEFENDANTS' MOTION TO DISMISS, MOTION TO STRIKE PORTIONS OF FAC, MOTION FOR MORE DEFINITE STATEMENT [32];
**(2)** DEFENDANTS' MOTION TO DISMISS [34];
**(3)** DEFENDANT'S MOTION TO STRIKE PORTIONS OF FAC [35];
**(4)** DEFENDANTS' MOTION FOR JOINDER IN REQUEST FOR JUDICIAL NOTICE AND RELIEF [39]
**(5)** DEFENDANT BANTAN'S MOTION FOR JUDGMENT ON THE PLEADINGS [42];
**(6)** DEFENDANT BANTAN'S MOTION FOR JOINDER IN MOTION TO STRIKE [43];
**(7)** DEFENDANT BANTAN'S MOTION FOR JOINDER IN REQUEST FOR JUDICIAL NOTICE [44];
8) DEFENDANTS' MOTION FOR JOINDER IN REQUEST FOR JUDICIAL NOTICE, REQUEST FOR RELIEF [53];
9) PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT IF MOTION TO DISMISS IS GRANTED [63] (non-evidentiary)

Court circulates issues its tentative ruling and hears oral argument. For reasons stated on the record, the Court GRANTS (2) Defendants' Motion to Dismiss [34] and DENIES as MOOT (1) Defendants' Motion to Dismiss, Motion to Strike Portions of Fac, Motion for More Definite Statement [32]; (3) Defendant's Motion to Strike Portions of Fac [35]; (4) Defendants' Motion for Joinder in Request for Judicial Notice and Relief [39]; (5) Defendant Bantan's Motion for Judgment on the Pleadings [42]; (6) Defendant Bantan's Motion for Joinder in Motion to Strike [43]; (7) Defendant Bantan's Motion for Joinder in Request for Judicial Notice [44]; (8) Defendants' Motion for Joinder in Request for Judicial Notice, Request for Relief [53]; and (9) Plaintiff's Motion for Leave to Amend Complaint If Motion to Dismiss Is Granted [63].

In light of today's rulings, the Court instructs plaintiffs to file a third amended complaint, by not later than March 8, 2010.

| | : | 13 |
|---|---|---|
| | Initials of Preparer | SMO |

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-08753-AHM(JCx) | Date | February 22, 2010 |
|---|---|---|---|
| Title | SANDRA ASHFORD v. BARKER MANAGEMENT, INC., et al. | | |