O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8753 AHM (JCx) | Date | September 29, 2010 |
|---|---|---|---|
| Title | SANDRA ASHFORD v. BARKER MANAGEMENT, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

1.  Plaintiff Sandra Ashford's ("Plaintiff") Third Amended Complaint[1], filed on March 9, 2010, is the last and now operative complaint, Plaintiff having failed to file a Fourth Amended Complaint by the September 22, 2010 deadline imposed by the Court's September 8, 2010 Order.[2]

2.  Claim One is dismissed with prejudice for Plaintiff's failure to amend in time.

3.  This case will be stayed until Monday, October 18, 2010. During this period, Plaintiff must pay the outstanding costs owed to Defendants.[3] If Plaintiff does not provide proof of the payment of these costs, this case will be dismissed for a lack of prosecution.

4.  If Plaintiff files proof of the payment of these required costs by October 18, 2010, then those Defendants left in the case shall answer the remaining claims consistent with the Court's September 8, 2010 Order by no later than October 25, 2010.

---

[1] Docket No. 75.

[2] Docket No. 95.

[3] Docket Nos. 96-97.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8753 AHM (JCx) | Date | September 29, 2010 |
|---|---|---|---|
| Title | SANDRA ASHFORD v. BARKER MANAGEMENT, *et al.* | | |

5. If Plaintiff provides the proof of payment of costs by the requisite deadline, and the Defendants left in the case answer the remaining claims in a timely manner consistent with the Court's September 8, 2010 Order, then a Scheduling Conference will be set for December 6, 2010 at 1:30 p.m.

It is so ORDERED.

:

Initials of Preparer      SMO